**UNITED STATES of America,**
**Appellee,**

v.

**Christopher J. NOONAN, Appellant.**

No. 07–3292.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2008.

Filed: April 24, 2008.

Patrick J. Reinert, Assistant U.S. Attorney, Cedar Rapids, IA, for Appellee.

Joanne M. Lilledahl, Assistant Federal Public Defender, Cedar Rapids, IA, for Appellant.

Christopher J. Noonan, Cedar Rapids, IA, pro se.

---

**2.** The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Before BYE, M. SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Christopher J. Noonan appeals the 6–month prison sentence the district court[1] imposed after revoking his supervised release. He was released from custody on January 18, 2008, however, and is not serving a further term of supervised release. Accordingly, the appeal is dismissed and counsel's motion to withdraw is denied as moot. *Cf. Spencer v. Kemna,* 523 U.S. 1, 5–7, 18, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998) (habeas challenge to parole revocation became moot upon expiration of sentence).

---

1. The Honorable Jon Stuart Scoles, United States Magistrate Judge for the Northern District of Iowa, presided over this misdemeanor prosecution pursuant to 18 U.S.C. § 3401.